UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

MD, LLC

                       Plaintiff,

v.                                                           Case No.: 1:22−cv−06028

                                                                         Honorable Nancy L.
                                                                         Maldonado

The Partnerships and Unincorporated Associations
identified in Schedule A

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court is in receipt of Plaintiff's notice of voluntary dismissal [20]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss this action without a Court order since no defendants have filed an answer or a motion for summary judgment. Civil case terminated. While Plaintiff's dismissal under Rule 41(a)(1)(A)(i) is of right, the Court is compelled to note a trend in similar cases whereby plaintiffs bring claims against hundreds of defendants listed on a Schedule "A" and then, depending on which judge is assigned, move to voluntarily dismiss some or all of the defendants in their case and then refile an identical complaint in a new case with those dismissed defendants. See, e.g., Blue Sphere, Inc. v. P'ships, and Unincorporated Ass'ns Identified on Schedule A Hereto, 22−cv−05599 at Dkt. 28 (N.D. Ill. Jan. 18, 2023) (describing this practice). Such tactics suggest a party may be engaged in judge−shopping. "Judge−shopping clearly constitutes 'conduct which abuses the judicial process.'" Hernandez v. City of El Monte, 138 F.3d 393, 399 (9th Cir. 1998) (quoting Chambers v. NASCO, Inc., 501 U.S. 32, 4445 (1991)); see also In re Mann, 229 F.3d 657, 658 (7th Cir. 2000) ("'Judge shopping' is not a practice that should be encouraged."). The Court therefore cautions Plaintiff against such practices. If Plaintiff decides to refile this case or a similar case, the Court reminds Plaintiffs of N. D. Ill. Local Rules 40.3(b)(2). (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.